

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00273-CV

IN THE INTEREST OF S.B., A CHILD

§ On Appeal from the 393rd District Court

§ of Denton County (21-0938-393)

§ October 21, 2021

§ Memorandum Opinion by Justice Walker

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
Justice Brian Walker